357 P.2d 623

Clyde H. HARVEY et ux., Appellants,

v.

W. O. STEWART, Appellee.

No. 7121.

Supreme Court of Arizona.

Dec. 14, 1960.

Perry & Perry, Phoenix, for appellants.

Fennemore, Craig, Allen & McClennen, Phoenix, for appellee.

PER CURIAM.

It being the opinion of this Court that Clyde H. Harvey, deceased, has left an es–

tate within the meaning of A.R.S. § 14–341 sufficient to admit of probate of his will in the Superior Court of Maricopa County, Arizona.

Now, therefore it is ordered that if a proper party is not substituted as appellant in this Court within 60 days from the 12th day of December, 1960, the appeal of Clyde H. Harvey will stand dismissed.